No. 432. EATON *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. John M. Dalton,* Attorney General of Missouri, and *Aubrey R. Hammett, Jr.,* Assistant Attorney General, for respondent.

No. 586. RYSTAD *v.* BOYD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Norman Leonard* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.

No. 597. BALLF *v.* PUBLIC WELFARE DEPARTMENT OF THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied. Petitioner *pro se. Dion R. Holm* for respondents.

No. 602. CITIES SERVICE Co. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. *Bruce Bromley, Joseph L. Weiner, John D. Calhoun* and *Richard DeY. Manning* for petitioner. *Solicitor General Rankin, Thomas G. Meeker, Joseph B. Levin* and *Soloman Freedman* for the Securities and Exchange Commission, *Percival E. Jackson* for the Pennroad Corporation et al., and *Gerald May* for Hearn et al., respondents.

No. 607. MILLER, ADMINISTRATRIX, *v.* FARRELL LINES, INC. C. A. 2d Cir. Certiorari denied. *Herbert J. Kaplow* for petitioner. *George W. Sullivan* for respondent.